```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```
-----------------------------------------------------------------

| | |
|---|---|
| DARIN POOLE, | NOT FOR PUBLICATION |
| Plaintiff, | **MEMORANDUM & ORDER**<br>18-CV-7181 (MKB) |
| v. | |
| NEW YORK CITY, BROOKLYN NORTH<br>TASK FORCE, NEW YORK STATE,<br>and NEW YORK CITY POLICE DEPARTMENT, | |
| Defendants. | |

-----------------------------------------------------------------

MARGO K. BRODIE, United States District Judge:

Plaintiff Darin Poole, proceeding *pro se*, filed the above-captioned action on December 13, 2018. (Compl., Docket Entry No. 1.) On February 13, 2019, Plaintiff filed an Amended Complaint. (Am. Compl., Docket Entry No. 4.) By Memorandum and Order dated July 29, 2019 (the "July 29, 2019 Order"), the Court granted Plaintiff's request to proceed *in forma pauperis*, dismissed the Amended Complaint, and granted Plaintiff leave to file a second amended complaint within thirty days. (Mem. and Order dated July 29, 2019, Docket Entry No. 6.) In the July 29, 2019 Order, the Court warned Plaintiff that if he failed to file a second amended complaint within thirty days, the Court would close the case. (*Id.*)

More than thirty days have passed, and Plaintiff has not filed a second amended complaint. Accordingly, the Court dismisses the action pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962). The Clerk of Court is directed to enter judgment and close this case.

Dated: September 6, 2019
      Brooklyn, New York

                          SO ORDERED:

                          _____s/ MKB_____
                          MARGO K. BRODIE
                          United States District Judge